**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

TERESE MARIE MEADOWS,
ADC #707979                                                                                          PLAINTIFF

v.                                          1:10-cv-00034-BSM-JTK

LARRY MAY, et al.                                                                                DEFENDANTS

**ORDER**

  Plaintiff Meadows is a state inmate incarcerated at the McPherson Unit of the Arkansas Department of Correction. This Court granted Plaintiff's request to proceed in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983 on May 17, 2010, and directed Plaintiff to file an Amended Complaint (Doc. No. 8). Plaintiff filed an Amended Complaint and Addendum, and this Court issued a Report and Recommendation that the Amended Complaint be dismissed as frivolous and for failure to state a claim (Doc. No. 12). Based on Objections and a Motion to Amend filed by the Plaintiff, the Court adopted in part the Recommendations, with respect to Plaintiff's claims of violations of ADC policy and conspiracy, and her request for access to a federal grand jury, and also dismissed Defendants Faust and Dixon (Doc. No. 18). The Court rejected the Recommendations as to the remaining due process claims and the state law slander, false imprisonment, malicious prosecution and abuse of process claims. Id. The Court granted Plaintiff's Motion to Amend and stated the Amended Complaint "must include ALL claims that Meadows wishes to assert." (Doc. No. 18, pp. 2-3). Plaintiff has now filed a Second Amended Complaint (Doc. No. 20).

  Having reviewed the Second Amended Complaint, it now appears to the Court that service is appropriate with respect to Plaintiff's administrative segregation due process claims against Defendants Gibson, Maples, Ayers, Capel and Grimes, and Plaintiff's state law claims against Defendants Ayers,

Capel, Maples, and Linda Dixon.    Accordingly,

IT IS, THEREFORE, ORDERED that service is appropriate for the Defendants James Gibson, John Maples, Jr., Maggie Capel, Mike Grimes, Roger Ayers, and Linda Dixon.  The Clerk of the Court shall prepare summons for the Defendants and the United States Marshal is hereby directed to serve a copy of the Second Amended Complaint (Doc. No. 20) and summons on Defendants without prepayment of fees and costs or security therefore.

IT IS FURTHER ORDERED that Defendants shall respond to Plaintiff's Motion for Order (Doc. No. 6) within 15 days of the date of service.

IT IS SO ORDERED this 17th day of February, 2011.

_____
  JEROME T. KEARNEY
  UNITED STATES MAGISTRATE JUDGE