### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**TERESE MARIE MEADOWS,**
**ADC #707979**                                                           **PLAINTIFF**

**v.**                        **CASE NO. 1:10cv00034 BSM/JTK**

**LARRY MAY, et al.**                                                     **DEFENDANTS**

### ORDER

The proposed findings and recommendations submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. There have been no objections. After carefully considering the proposed findings and recommendations and making a *de novo* review of the record, it is concluded that the proposed findings and recommendations should be adopted in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that:

1.      Defendants Brandon, May, and Payne are DISMISSED from this action, for failure to state a claim.

2.      Plaintiff's conspiracy and access to grand jury allegations are DISMISSED, for failure to state a claim.

IT IS SO ORDERED this 10th day of June, 2011.

_____
UNITED STATES DISTRICT JUDGE